IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. RDB-08-0332 |
| FLOYD WILLIAMS | : |

ooOoo

## MOTION TO DISMISS INDICTMENT

Now comes the United States by undersigned counsel, and moves to dismiss the above-captioned indictment against Floyd Williams. The government sets forth the following reasons for this motion to dismiss.

1. Floyd Williams was indicted in the District of Maryland for bank robbery and related offenses.

2. Floyd Williams had escaped from state custody in the state of Georgia before coming to Maryland and committing multiple offenses including the bank robbery. While being transferred during transit to Maryland, Williams attempted an additional escape which was prevented by Maryland authorities.

3. On August 26, 2011, in Clayton County, Georgia, Williams was convicted of two counts of murder, burglary, firearms offenses, and aggravated assault and is serving two consecutive life sentences, along with additional sentences of 20 concurrent years on the non homicide offenses. The government has included the certified copy of the convictions and sentences as Exhibit 1, attached to this

motion and incorporated herein.

4. In the interest of justice and in order to preserve judicial resources, the government moves to dismiss the above-captioned indictment as to Floyd Williams.

                                        Respectfully submitted,

                                        A. David Copperthite
                                        Assistant United States Attorney